IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiffs, | ) ) ) | 4:05cr3124 |
| vs. | ) ) | |
| ANTHONY D. ESCAMILLA, | ) ) | ORDER |
| Defendants. | ) ) ) | |

Before the Court is the request for production of a transcript of a hearing held on June 30, 2006 [25].

IT IS ORDERED:

1. The request for production of a transcript, filing [37] is granted.

2. Anthony Escamilla, is ordered to pay to the Clerk of Court the amount of $91.25.

3. Upon receipt of this fee, the Clerk of Court is ordered to prepare a transcript of the hearing held on 6/30/06 and mail the transcript to the requestor.

Dated: March 3, 2008

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge