IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:05CR3124 |
| | ) | |
| V. | ) | |
| | ) | |
| ANTHONY D. ESCAMILLA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant paid $100.00 on December 31, 2009, for a transcript which only cost $91.25. Therefore,

IT IS ORDERED that the Clerk of Court shall reimburse the defendant for the overpayment in the amount of $8.75.

DATED this 15th day of November, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge